Texas, checkpoint. In light of our decision today that the Randado checkpoint is a functional equivalent of the border, *United States v. Wilson*, 553 F.2d 896 (5th Cir. 1977), we need not inquire whether probable cause existed to search the trunk of appellant's car. His conviction is

AFFIRMED.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James Bailey COOK, Jr.,
Defendant-Appellant.**

**No. 76–1023.**

United States Court of Appeals,
Fifth Circuit.

June 8, 1977.

Rehearing Denied July 11, 1977.

Oscar J. Pena, Laredo, Tex., for defendant-appellant.

Edward B. McDonough, Jr., U. S. Atty., Mary L. Sinderson, George A. Kelt, Jr., James R. Gough, Asst. U. S. Attys., Houston, Tex., for plaintiff-appellee.

Before GEWIN, GEE and FAY, Circuit Judges.

GEE, Circuit Judge:

Appellant was convicted of possessing, with intent to distribute, 497 pounds of marijuana in violation of 21 U.S.C. § 841(a)(1)(1970), and was sentenced to serve three years with a special parole term of two years. Appellant complains that the Border Patrol did not have probable cause to search his automobile at the Randado,